**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICIA ELLEN NILL,**

        **Plaintiff,**

**-vs-**                               **Case No. 6:08-cv-509-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

On July 1, 2009, the Magistrate Judge issued his Report and Recommendation (Doc. 15), concluding that the Administrative Law Judge's decision is consistent with the requirements of law and is supported by substantial evidence. Plaintiff filed objections to the Report and Recommendation on July 13, 2009 (Doc. 16) and the Defendant responded (Doc. 17). Upon consideration of the above, the Court finds Plaintiff's objections to be without merit. It is, therefore

**ORDERED** that Plaintiff's objections are OVERRULED, and the Report and Recommendation is CONFIRMED and ADOPTED. The Commissioner's decision is AFFIRMED. The Clerk is directed to enter judgment for the Defendant and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 1, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE